IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:08CR183 |
| CHRISTINE McGLOTHEN, | ) ) | **ORDER** |
| Defendant. | ) ) | |

The defendant has filed a Motion for Discovery [17]. The government shall file its response to the motion on or before June 6, 2008.

IT IS SO ORDERED.

DATED this 28th day of May, 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge