IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR183** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **TRIAL ORDER** |
| | ) | |
| **CHRISTINE McGLOTHLEN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Trial in this matter is scheduled to begin on **Tuesday, September 8, 2009,** commencing at **9:00 a.m.,** or as soon thereafter as the same may be tried, before District Judge Laurie Smith Camp, in Courtroom No. 2, Third Floor, Roman L. Hruska Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.  A Pretrial Conference, beginning at **8:30 a.m., will be held in chambers** prior to the start of trial.

Counsel is advised that street clothes **must be provided** for the defendant in any trial proceedings.

DATED this 2nd day of September, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge