### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:08CR183 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CHRISTINE McGLOTHLEN, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the motion to withdraw filed by Defendant's retained counsel, Adam J. Sipple (Filing No. 132).

Judgment was entered on February 12, 2010. The Defendant did not waive her right to appeal. On February 18, 2010, defense counsel filed a motion to withdraw in which he represented that there was a material breakdown in communication. Defense counsel stated that he advised the Defendant of the appeal deadline, the cost, and how to file for leave to proceed in forma pauperis.

The motion is denied. Counsel is directed to assist Ms. McGlothlen in filing her appeal. Counsel may then: (1) move to withdraw in the Eighth Circuit; or, (2) if Ms. McGlothlen intends to request appointed counsel, check "Yes" to the question asking whether there is any reason why trial counsel should not be appointed on appeal. http://www.ned.uscourts.gov/forms/ (Notice of Appeal (Criminal) - attached Information Sheet).

IT IS ORDERED that the motion to withdraw filed by defense counsel (Filing No. 132) is denied.

DATED this 18th day of February, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge