IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR183** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **CHRISTINE McGLOTHLEN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for release (Filing No. 170), referred from the Eighth Circuit Court of Appeals.

IT IS ORDERED:

1. The Defendant's motion for release (Filing No. 170) is granted;

2. The Defendant is hereby released from custody pending further proceedings; and

3. The Clerk shall deliver a copy of this order to the U.S. Marshal for this District.

DATED this 26th day of January, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge