IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiffs,<br><br>        vs.<br><br>CHRISTINE McGLOTHLEN,<br><br>                            Defendant. | **8:08CR183**<br><br><br>**ORDER** |

      This matter is before the Court on the defendant's Motion for Copies [187] of "all documents" in her case.  The defendant requests the "unsealing of the documents involved" and a "certified/raised State seal of Authenticity of Authority and hand-written signature" regarding the court's response to this request. Upon review of the case file, the Court notes that the defendant was sentenced on February 8, 2010 (Filing No. 118) and Judgment was entered on February 12, 2010 (Filing No. 122).

      At this time, the defendant has no motions or cases pending before this court, and the defendant makes no showing as to why she needs these copies.  The defendant makes no showing as to why any documents in her case should be unsealed, nor does she specify to which documents she is referring.  Additionally, the defendant is not entitled to receive copies without payment.  Lastly, the Court does not issue responses to Motions for Copies with wet ink signatures or certifications (raised seals).  Accordingly, the Court will deny the motion.  The defendant is, of course, free to request copies of her docket sheet and specified documents from the Clerk's Office, and to pay the costs of the copies.

**IT IS ORDERED:**

1.      The defendant's Motion for Copies [187] is denied.

2.      The defendant may contact the Office of the Clerk of the United States District Court concerning the cost for copies of her docket sheet and any documents specified in her case so long as they are not Sealed.

Dated this 1st day of September, 2015

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge